UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPAULDING, AS ADMINISTRATRIX OF THE ESTATE OF DAVID DEREK VERNER, DECEASED, et al.,

    Plaintiffs,

– *against* –

WHIRLPOOL CORPORATION,

    Defendant.

17CV1607 (LMS)

ORDER

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

It having been reported to this Court that the above entitled action has been settled, it is hereby:

ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

Dated: November 20, 2019
   White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] The parties consented to the undersigned's exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c). ECF No. 74.